FILED

14 JAN 23 PM 12: 46

ROBERT N. TRGOVICH
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

Olabode Oladeinde MD

2005 West 75th Place.

Unit 21.

Merrillville, Indiana 46410

Tel: 2192181890  Fax: 219 7509681

January 20, 2014

Chief Justice Theresa Springmann

CAUSE NO.: 1:2-CV-359-TLS

I am writing this notice to update the court of my personal circumstances that has necessitated my previous request.

My Father passed away December 21st 2013 after a prolonged battle with stage 4 metastatic colon cancer. This was about 2 weeks after I arrived back in the United States of America. Burial arrangements and final rites are in progress and I have enclosed a copy of his death certificate and other pertinent documents.

He will be finally laid to rest February 21st 2014. Details of all arrangements enclosed.

I have paid Attorney Randolph $10,000 upon my arrival from Nigeria in December of 2013. I was surprised to get another request of $25,000 from him in order to proceed. He said these were outstanding from work he had previously done. I requested for an itemized bill of all services which I am yet to receive. Matter of fact, I have NEVER received any bill from him before which makes the situation very curious. I have called his office several times and personally went there to make the request since December of 2013 all to no avail. He is yet to release my files to me either.

I have spoken with an Attorney in Merrillville, Indiana who has agreed to take the case after I pay a retainer of $5000. Considering the expected death of my Father and all the financial burden attached, and, considering my very limited financial resources, I have to wait a few more weeks to be able to retain a new Attorney for my case.

I am going back to Africa on the 15th of February to bury my Father and will be back in the USA on the 24th of February 2014. My travel itinerary is attached. I will need a few weeks to put the retainer for the new Attorney together, all my very paltry resources have been stretched to the limit due to the prolonged illness of my Dad, and the expenses for the funeral.

Furthermore, the IN-PERSON status scheduling conference set for February 14th 2014 can proceed as I will make myself available in Fort Wayne, Indiana despite the fact that I travel to Africa the next day.

Respectfully,

[signature]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| OLABODE OLADEINDE, M.D. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 1:12-CV-359-TLS |
| ) | |
| CAMERON MEMORIAL ) | |
| COMMUNITY HOSPITAL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On October 31, 2013, Plaintiff Olabode Oladeinde filed a Request for Reinstatement and Setting a Date for Preliminary Injunction [ECF No. 62.] Plaintiff makes this request following the Court's Order of October 10, 2013, [ECF No. 61] which instructed Plaintiff that he must provide written notice to the Court by November 12, 2013, stating that he has either retained new counsel or intends to proceed *pro se*. The Court construes Plaintiff's "Request" as a motion to extend the deadline for filing his written notice to the Court regarding representation and to reset the date for the In-Person Status/Scheduling Conference originally set for November 25, 2013. A Preliminary Injunction hearing date was to be set at the In-Person Status/Scheduling Conference.

Being duly advised of Plaintiff's ongoing personal circumstances, the Court GRANTS his Request to extend the current deadlines in this matter [ECF No. 62.] Therefore, the November 12, 2013, deadline for Plaintiff to provide the Court with written notice that he has retained new counsel or written notice of his intention to proceed *pro se* is VACATED and RESET for January 24, 2014. Furthermore, the IN-PERSON Status/Scheduling Conference set for November 25, 2013, is also VACATED and RESET to February 14, 2014, at 10:00 AM before

Judge Theresa L. Springmann. A date for the Preliminary Injunction hearing will be set at the In-Person Status/Scheduling Conference.

SO ORDERED on November 7, 2013.

s/ Theresa L. Springmann<br>
THERESA L. SPRINGMANN<br>
UNITED STATES DISTRICT COURT

Olabode Oladeinde MD

2005 West 75th Place

Unit 21

Merrillville, Indiana 46410

E-mail: ooladeinde@aol.com

Tel: 219-2181890

Fax: 219-7509681

October 27, 2013

Chief Justice Theresa L Springmann

**CAUSE NO.: 1:12-CV-359-TLS**

**REQUEST FOR REINSTATEMENT AND SETTING A DATE FOR PRELIMINARY INJUNCTION.**

I hereby request for a reinstatement and setting a new date for preliminary injunction on the above captioned case for the 3rd week of January 2014 or soon thereafter. This is necessitated because of very extenuating personal, family and financial circumstances.

My 85 year old Father was diagnosed in July 2013 with stage 4 metastatic colon cancer. His care has taken a lot of my financial resources along with that of my siblings. I have had to travel to Africa in the beginning of October, and, I plan to go back again in the week of Thanksgiving in November 2013 since my office will be closed anyway. I just finally was able to open my mails since my arrival. I had anticipated this development. The decision to go to Africa was very necessary.

My Father is currently in Hospice care.

I had not been able to meet my financial obligations to my Attorney; I had not been able to meet a lot of other obligations as I have not had the opportunity to practice Medicine without hindrance due to my inability to have my clinical privileges reinstated at any of the Hospitals in NW Indiana where I had practiced before as a result of the adverse information forwarded by Cameron Hospital in the process of re-credentialing at the various facilities upon my return to the area. I had been on a leave of absence at all these facilities while I worked in Angola, Indiana.

I hope to be able to settle my Attorney as soon as possible to re-engage him in the case.

I hereby request for a date in January 2014 as stated above.

I can be reached by phone and by regular mail. E-mail is the best way to get hold of me. My office fax is also listed.

Attached is an email exchange between my siblings and I on the care of Dad. I have to be ready to go back to Africa at the shortest notice. I am the first son and a lot of the decisions go through me as you can see from the attached email.

Respectfully,

Olabode Oladeinde MD.

From: Olabode Oladeinde MD.,FACP <ooladeinde@aol.com>
To: ga_162000 <ga_162000@yahoo.com>
Subject: Fwd: Dad's Funeral and Final Rites (for Otunba Samuel Oladeinde)
Date: Sun, Jan 19, 2014 8:02 am

AYO, thanks for the call this morning.
Things are moving along, our culture is unforgiving when it comes to funerals.
It is demands bordering on extortion and no Aunties or Uncles or family members to bail you out with anything.
They also want their own. Some family members are almost threatening chaos if we do not come up with moneys or do certain things for them.
Our old man is gone, yet some people think he owes them welfare for their entire life, hence they are transferring to us.
We have killed 3 Cows, Bros Layi was just cajoling me yesterday into buying one more for another arm of the family. This is all before the final rites.
Amazing!

I will arrive in Lagos on Sunday the 16th of February from Atlanta, and, will leave Sunday the 23rd of February directly back to Atlanta, then Chicago.
The events are as follows:
1. February 19th, Wednesday: Service of songs at the Ikorodu Methodist Church where Dad was a member for over 40 years.
2. February 20th, Thursday : Wake keeping at the Family house on Obafemi Awolowo Road Ikorodu, Lagos.
3. February 21st, Friday: Final rites, lying in state at the Methodist Church, Ikorodu; Lying in state at the local government HQ as Dad was a former Head of local government; Lying in state at the Exclusives Club house in Ikorodu as Dad was a member as far as I could remember; Interment at the family homestead on Obafemi Awolowo Road, Ikorodu, Lagos. This will be followed by reception and entertainment at the Town Hall.

I will need a few armed Guards for 19th and 20th, a Pilot vehicle as I have no intention of spending the night in Ikorodu in order to navigate the traffic back to Ikeja or Lekki.

I will need a larger contingent of armed security agents for Friday the 21st to pilot the Hearse around the various locations. More importantly, to maintain order and protect Dad's remains. I am worried about some elements who hinted that they will not let us put the body in the ground unless we give them 500k, these are all family members that I have never seen before.

These Folks want to simply make us break the Bank.
My local number is: 07059498852; Ronke's number is: 08188501831 or 01 7941355 or 01 7602796.

I know I can always count on you.
God will continue to protect and guide you.
Amen.

**Olabode Oladeinde MD.**
**President and Medical Director.**
**Northern Indiana Medical Consultants PC.**
**8300 Broadway. Suite #A1.**
**Merrillville, Indiana 46410.**
**USA**
**Tel: 219 7509389; 219 7509629.**
**Fax: 219 7509681.**
**Web site: www.nimcpc.com**

-----Original Message-----
From: Balogun, Grace <Grace.Balogun@sodexo.com>
To: Grace <gradesosa52@comcast.net>; shoclon <shoclon@yahoo.com>
Cc: Soji Oladeinde <ooladeinde@aol.com>; Bimbola Oladeinde <f_oladeinde@yahoo.co.uk>; andy spurgeon <andyspurgeon@yahoo.co.uk>; Elizabeth Oyeronke Sho-Silva <lizshosilva@yahoo.co.uk>; Ade Oladeinde <buzugee@yahoo.com>
Sent: Sun, Jan 12, 2014 7:39 pm
Subject: RE: Dad's Funeral and Final Rites (for Otunba Samuel Oladeinde)

Based on what we have been able to work out with Methodist Church at Ikorodu, the following are the dates for the Funeral:

- Feb 19 is the Service of Songs
- Feb 20 is the wake

- Feb 21 is the burial and Final rites ceremony
- have reviewed, modified and sent back the logistic spreadsheet for everyone to carefully study
- Soji and I will be leaving USA on Sunday Feb 16 and arriving on Monday Feb 17 (different airline)

Please let me know if you have questions.
Lots of Love.

**Grace Balogun**
**Director - N & FSD**
**Stroger Hospital, Provident & Oak Forest Hospitals - CCHHS**
**On Site Service Solutions**
**Sodexo Accounts**
1901 W Harrison Street
Chicago, IL. 60612
Office: 312-864-6746
Mb: 773-814-1960
grace.balogun@sodexo.com

---

**From:** Grace [gradesosa52@comcast.net]
**Sent:** Sunday, January 12, 2014 7:34 PM
**To:** shoclon@yahoo.com
**Cc:** Soji Oladeinde; Bimbola Oladeinde; andy spurgeon; Elizabeth Oyeronke Sho-Silva; Ade Oladeinde; Balogun, Grace
**Subject:** Re: s.o. burial


Sent from Grace's iPhone

On Jan 12, 2014, at 12:07 PM, shoclon@yahoo.com wrote:

> Sent from my iPad
>
> Begin forwarded message:
>
>> **From:** Rose Blossom <roseblossombridal@yahoo.com>
>> **Date:** 11 January 2014 16:09:42 GMT+01:00
>> **To:** Philip Sodeinde Silva <shoclon@yahoo.com>
>> **Subject:** s.o. burial
>> **Reply-To:** Rose Blossom <roseblossombridal@yahoo.com>
>>
>>
>> # ROSE BLOSSOM BRIDAL
>> # 19 Ajao Road Off Adeniyi Jones Ave,
>> # Ikeja, Lagos
>> # 017602798, 08023039908
>>
>> <S.O Burial.xls>

This e-mail, attachments included, is confidential. It is intended solely for the addressees. If you are not an intended recipient, any use, copy or diffusion, even partial of this message is prohibited. Please delete it and notify the sender immediately. Since the integrity of this message cannot be guaranteed on the Internet, SODEXO cannot therefore be considered liable for its content.

**From:** Olabode Oladeinde MD.,FACP <ooladeinde@aol.com>
**To:** attyrandolph <attyrandolph@aol.com>
**Subject:** Another request for itemized billing information and all records.
**Date:** Sun, Jan 19, 2014 10:31 pm

Dear Attorney Randolph, I have requested an itemized billing from you personally and from your office on various occasions without any response.

I am hereby requesting such again as I need to use it to reconcile how I came to owe you $25,000 after I settled the $10,000 bill you told me I owed before I went to Africa in November of 2013.

I will also like you to note that you have NEVER sent me a bill during all our interactions in last 18 months. It befuddles me how I could suddenly rake up such a huge bill when your records appear to be non existent as to how I could have done so.

I do not have $25,000, I am curious as to how I could have owed such a bill at all when you have never sent me a bill, EVER! I paid you based on the premise of what you tell me. The $25,000 was shocker.

Please help me.

My initial request for an itemized bill was in December 2013 when I arrived back from Africa.

I also need my records asap.

Please respond promptly.

Olabode Oladeinde MD.
President and Medical Director.
Northern Indiana Medical Consultants PC.
8300 Broadway. Suite #A1.
Merrillville, Indiana 46410.
USA.
Tel: 219 7509389; 219 7509629.
Fax: 219 7509681.
Web site: www.nimcpc.com

V.S. Registry 34

## MEDICAL CERTIFICATE OF CAUSE OF DEATH

65

I HEREBY CERTIFY

that I have medically attended

OLADEINDE SAMUEL

of 83 OBAFEMI AWOLOWO ROAD, IKORODU, who was apparently or stated to be aged 87 years, that I last saw him on the 19th December '2013, that he was then suffering from Carcinoma of Colon that he died as I am aware, or informed on the 21st day of December 2013 at 2:35pm and that the cause of death was to the best of my knowledge and belief as herein stated, viz:—

Primary cause Carcinoma of Colon

Secondary cause Cardiopulmonary arrest

and that the disease had continued till death

Witness my hand this 24th day of December 2013

Name (in Block Letter) DR. AMEHO THOMAS

Medical Qualification M.B.B.Ch.

Address GENERAL HOSPITAL, IKORODU

State Address
Omit "apparently" or "be stated to be" as the case may be.
Omit "aware" when hour of death is known from report.
State the time.
State duration of illness if possible.
Note that by primary cause of death is meant the disease present at the time of death which initiated the train of events leading thereto, and not a secondary contributory cause or terminal condition or mode of death.

V.S. Registry 34

## MEDICAL CERTIFICATE OF CAUSE OF DEATH

65

I Hereby Certify

that I have medically attended

OLADEINDE SAMUEL of 83 OBAFEMI AWOLOWO ROAD Ikorodu who was apparently[2] or stated to be aged 87 years, that I last saw him on the 19th December 2013 that he was then suffering from Carcinoma of Colon, that he died as I am aware,[3] or informed on the 21st day of December 2013 at[4] 2:35pm and that the cause of death was to the best of my knowledge and belief as herein stated, viz:—

Primary cause Carcinoma of Colon

Secondary cause Cardiopulmonary arrest

and[5] that the disease had continued till death

Witness my hand this 24th day of December 2013

Name (in Block Letter) DR. AMETHE THOMAS

Medical Qualification M.B.Ch.

Address GENERAL HOSPITAL, IKORODU

---

1 State Address
2 Omit "apparently" or "or stated to be" as the case may be.
3 Omit "aware or" when hour of death is known from report.
4 State the time.
5 State duration of illness if possible.
  Note that by primary cause of death is meant the disease present at the time of death, which initiated the train of events leading thereto, and not a secondary contributory or immediate cause or terminal condition or mode of death.

JANUARY 20, 2014

To the Otunbas,
Ikorodu

### RE: DEATH OF OTUNBA SAMUEL OYEBOLA OLADEINDE.

Your Highness Sirs,

This is to notify you of the death of Otunba Samuel Oyebola Oladeinde.

He died on December 21st, 2013 at the age of 85 years after a protracted illness. May his soul rest in peace.

To celebrate his life we would like to notify you of the following events:

| | |
|---|---|
| 19th February, 2014 | Service of Songs |
| 20th February, 2014 | Wake Keeping |
| 21st February, 2014 | Service and Burial Ceremony |

While expressing the compliments of our high regards, we thank you in advance for the anticipated support of this program.

Yours faithfully

**Dr Frederic Abimbola Oladeinde**
**On behalf of the Oladeinde family**

JANUARY 20, 2014

Olotu Ebi,
Rebugbawa Awo,
Lajiga,

## RE: DEATH OF OTUNBA SAMUEL OYEBOLA OLADEINDE.

Your Highness Sir,

This is to notify you of the death of Otunba Samuel Oyebola Oladeinde.

He died on December 21st, 2013 at the age of 85 years after a protracted illness. May his soul rest in peace.

To celebrate his life we would like to notify you of the following events:

| | |
|---|---|
| 19th February, 2014 | Service of Songs |
| 20th February, 2014 | Wake Keeping |
| 21st February, 2014 | Service and Burial Ceremony |

While expressing the compliments of our high regards, we thank you in advance for the anticipated support of this program.


Yours faithfully



**Dr Frederic Abimbola Oladeinde**
**On behalf of the Oladeinde family**

PATRIARCH BOLA ODE METHODIST CATHEDRAL, IKORODU

FUNERAL APPOINTMENT FORM

Name of the Deceased: OTUNBA SAMUEL CJEBOLA OLADEINDE

Age of the Deceased: 85 YEARS

Date died: 21ST DECEMBER, 2013

Proposed Date of Wake Keeping/Burial: 20/2/2014 Time: 5:00 pm
(Subject to Presbyter's confirmation)

Proposed Date of Burial and Time: 21/2/2014  10:00 AM

Deceased Address/Wake Keeping Venue: 83 OBAFEMI AWOLOWO ROAD, IKORODU

Is the Deceased a member of any secret cult or unlawful society? YES or **NO** (TICK ONE)
Any member who is found to be a member of or associated with such bodies shall not be accorded a befitting funeral rites on his/her demise by the Church.

Ensure you cover nothing from the church. "He who conceals his sins does not prosper, but whosoever confesses and renounces them find mercy." – proverb 28: 13 (NIV)

Please be informed that at any stage it is discovered that the deceased is a member of any secret cult, the most honourable option for the Church is total withdrawal from the funeral arrangements.

Contact Address _____

Telephone No: _____ Home _____ Office _____

Name of the Church: _____

Tithe Card No: _____

Seed of Faith Card No: _____

Name of the Class Leader: _____

Class Leader's Signature: _____

Type of Service Required: YORUBA Or ENGLISH Or **BOTH**

What would you donate in **CASH** or in KIND to immortalize the good name of your departed one to the Church?

Please make sure you come back to confirm this appointment with the Presbyter/Minister

    N.B: (i) For a neat and thorough printing work, we would be delighted and prefer if you would make use of any of the Church Printers rather than outside ones.
        (ii) Provision of Public Address System is compulsory
        (iii) Do you want the Choir to Robe?
        (iv) Any Favourite Hymn(s) of the deceased you would like to include in the programme? Hymn _____ and _____
        (v) Will the Service includes outing? ~~Yes~~/No

Name and Signature with date:
_____
_____

G.S.M. No. _____
Of the family Representative

Presbyter's Approval



# Itinerary

[ View in TripCase ] [ Add to Calendar ] [ Print Itinerary ]

We are pleased to deliver your travel documents through *TripCase®*, a leading mobile travel app. We invite you to download the *TripCase®* application to start receiving trip alerts on your mobile device and view your trip information on the go, anytime, anywhere.

**Your trip details have been auto-loaded into TripCase.**
**Just open the app on your Smartphone**

[ Download TripCase ]

| | | | |
|---|---|---|---|
| Trip to: | LAGOS, NIGERIA | Reservation code: | LLWHLD |
| Passenger(s): | OLABODE E OLADEINDE | Airline Reservation Code: | 4ZVDSD (AF) |
| | | | GKM3LE (DL) |

**AIR FRANCE AF** Flight Number 3603  
Operated by: DELTA AIR LINES INC  
CONFIRMED, Confirmation# 4ZVDSD

**Saturday, 16 February - Sunday, 16 February**

**Departure:** ORD CHICAGO OHARE, IL  
4:50pm  
Terminal 5 International

**Arrival:** CDG PARIS DE GAULLE, FRANCE  
8:25am next day arrival  
Aerogare 2 Terminal E

Please verify flight times prior to departure

| Class: | Economy | Duration: | 8hour(s) and 35minute(s) |
|---|---|---|---|
| Meal: | Dinner | Distance (in Miles): | 4148 |

**Olabode E Oladeinde**  
Seat(s): Check-In Required

**AIR FRANCE AF** Flight Number 3846  
CONFIRMED, Confirmation# 4ZVDSD

**Sunday, 16 February**

**Departure:** CDG PARIS DE GAULLE, FRANCE  
11:00am  
Aerogare 2 Terminal E

**Arrival:** LOS LAGOS, NIGERIA  
5:15pm  
International Terminal

Please verify flight times prior to departure

| Class: | Economy | Duration: | 6hour(s) and 15minute(s) |
|---|---|---|---|
| Meal: | Served, Snack | Distance (in Miles): | 2932 |
| Aircraft: | AIRBUS INDUSTRIE A332 JET | | |

**Olabode E Oladeinde**  
Seat(s): Check-In Required

**DELTA AIR LINES INC DL** Flight Number 0055  
CONFIRMED, Confirmation# GKM3LE

**Sunday, 23 February - Monday, 24 February**

**Departure:** LOS LAGOS, NIGERIA
10:00pm
International Terminal

**Arrival:** ATL ATLANTA, GA
5:30am next day arrival
Maynard Jackson Intl Term

Please verify flight times prior to departure

| Class: | Economy | Duration: | 13hour(s) and 30minute(s) |
| Meal: | Dinner | Distance (in Miles):5840 | |

**Olabode E Oladeinde**
Seat(s): Check-In Required

 **DELTA AIR LINES INC DL** Flight Number 2012     **Monday, 24 February**
CONFIRMED, Confirmation# GKM3LE

**Departure:** ATL ATLANTA, GA
7:25am
South Terminal

**Arrival:** ORD CHICAGO OHARE, IL
8:30am
Terminal 2

Please verify flight times prior to departure

Class: Economy         Duration:        2hour(s) and 5minute(s)
Meal: Refreshments for Purchase    Distance (in Miles): 600
Aircraft:MCDONNELL DOUGLAS MD-88 JET

**Olabode E Oladeinde**
Seat(s): Check-In Required

✓ **OTHER**                                          **Tuesday, 07 October**
**CONFIRMED**

View Your Itinerary with TripCase

Your trip details have been auto-loaded into TripCase.
Just open the app on your Smartphone

Download TripCase



© 2008-2014 Sabre Inc. All rights reserved. TripCase is a servicemark of Sabre Inc.

